Decided March 14, 2007

JEANNE RIVERS *v.* CITY OF NEW BRITAIN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 99 Conn. App. 492 (AC 27560), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's grant of summary judgment based upon its application of General Statutes § 7-163a?"

The Supreme Court docket number is SC 17863.

*Linda Clough*, in support of the petition.

*Irena J. Urbaniak*, city attorney, in opposition.

Decided March 14, 2007